AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Robynne A. Fauley <br><br> *Plaintiff(s)* <br> v. <br> Michael W. Mosman; Marco A. Hernández; Jeffrey M. Peterson; Gabrielle D. Richards; Ercik J. Haynie; Perkins Coie LLP <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> 3'17 CV 1656-HZ <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Perkins Coie LLP

                1120 NW Couch St, Portland, OR 97209
                Phone: (503) 727-2000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robynne A. Fauley
                                                12125 SE Laughing Water Road
                                                Sandy, OR 97055

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                     MARY L. MORAN

                                                                    *CLERK OF COURT*

Date: _____10/18/2017_____                                Matthew Kenney
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Perkins Coie LLP
was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 1120 NW Couch St, Portland, OR 97209
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Robynne A. Fauley | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | 3˙17 CV 1656-HZ |
| v. | ) | Civil Action No. |
| | ) | |
| Michael W. Mosman; Marco A. Hernández; Jeffrey M. Peterson; Gabrielle D. Richards; Ercik J. Haynie; Perkins Coie LLP | ) ) ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeffrey M. Peterson

   1120 NW Couch St, Portland, OR 97209
   Phone:  (503) 727-2000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robynne A. Fauley
   12125 SE Laughing Water Road
   Sandy, OR 97055

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
*CLERK OF COURT*

Date:  10/18/2017

Matthew Kenney

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey M. Peterson
was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 1120 NW Couch St, Portland, OR 97209
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Robynne A. Fauley | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | 3'17 CV 1656-HZ |
| v. | ) | Civil Action No. |
| | ) | |
| Michael W. Mosman; Marco A. Hernández; Jeffrey M. Peterson; Gabrielle D. Richards; Ercik J. Haynie; Perkins Coie LLP | ) ) ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gabrielle D. Richards
1120 NW Couch St, Portland, OR 97209
Phone: (503) 727-2000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robynne A. Fauley
12125 SE Laughing Water Road
Sandy, OR 97055

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
*CLERK OF COURT*

Matthew Kenney

Date:  10/18/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Gabrielle D. Richards

was received by me on *(date)*                              .

☑ I personally served the summons on the individual at *(place)*  1120 NW Couch St, Portland, OR 97209

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                                      ; or

☐ Other *(specify):*

My fees are $           for travel and $           for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Robynne A. Fauley | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | 3'17 CV 1656-HZ |
| v. | ) | Civil Action No. |
| | ) | |
| Michael W. Mosman; Marco A. Hernández; Jeffrey M. Peterson; Gabrielle D. Richards; Ercik J. Haynie; Perkins Coie LLP | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ercik J. Haynie

    1120 NW Couch St, Portland, OR 97209
    Phone: (503) 727-2000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robynne A. Fauley
    12125 SE Laughing Water Road
    Sandy, OR 97055

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
*CLERK OF COURT*

**Matthew Kenney**

Date:  10/18/2017                                    _____
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ercik J. Haynie

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 1120 NW Couch St, Portland, OR 97209
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Robynne A. Fauley <br><br> *Plaintiff(s)* <br> v. <br> Michael W. Mosman; Marco A. Hernández; Jeffrey M. Peterson; Gabrielle D. Richards; Ercik J. Haynie; Perkins Coie LLP <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3'17 CV 1656-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael W. Mosman

           Mark O. Hatfield U.S. Courthouse
           1000 S.W. Third Ave.
           Portland, OR 97204


A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robynne A. Fauley
                                          12125 SE Laughing Water Road
                                          Sandy, OR 97055

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                MARY L. MORAN
                                                                                *CLERK OF COURT*

                                                                              **Matthew Kenney**

Date:    10/18/2017                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Michael Mosman
was received by me on *(date)*                          .

☑ I personally served the summons on the individual at *(place)*  Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave., Portland, OR 97204            on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                    , a person of suitable age and discretion who resides there,
on *(date)*             , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                              , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                    on *(date)*             ; or

☐ I returned the summons unexecuted because                                    ; or

☐ Other *(specify)*:

My fees are $           for travel and $           for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Robynne A. Fauley <br><br> *Plaintiff(s)* <br> v. <br> Michael W. Mosman; Marco A. Hernández; Jeffrey M. Peterson; Gabrielle D. Richards; Ercik J. Haynie; Perkins Coie LLP <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3'17 CV 1656-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marco A. Hernández

                 Mark O. Hatfield U.S. Courthouse
                 1000 S.W. Third Ave.
                 Portland, OR 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robynne A. Fauley
                                                  12125 SE Laughing Water Road
                                                  Sandy, OR 97055

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                    MARY L. MORAN
                                                                                     *CLERK OF COURT*

                                                                             **Matthew Kenney**

Date: _____10/18/2017_____                                                         _____
                                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Marco A. Hernández

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)*  Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave., Portland, OR 97204 _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: