# UNITED STATES COURTS FOR THE NINTH CIRCUIT
# DESIGNATION OF A DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Robert Bryan**, United States Senior District Judge for the Western District of Washington, to perform the duties of United States District Judge temporarily for the District of Oregon for the specific case *Robynne A. Fauley v. Michael W. Mosman, et al.*, Case No. 3:17-cv-01656.

October 19, 2017

                                               Sidney R. Thomas
                                               Chief Judge

cc:    Hon. Robert Bryan
          Hon. Ricardo Martinez, Chief Judge, Western District of Washington
          Hon. Michael Mosman, Chief Judge, District of Oregon
          William McCool, Clerk of Court, Western District of Washington
          Mary Moran, Clerk of Court, District of Oregon